UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:09CV-P666-S

**JAMES HARRISON**     **PETITIONER**

**v.**

**CLARK TAYLOR, WARDEN**     **RESPONDENT**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, **IT IS HEREBY ORDERED** that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED**.

All pending motions are **DENIED as moot.**

A certificate of appealability pursuant to 28 U.S.C. § 2253(c) is **DENIED.**

Date: November 24, 2009

Charles R. Simpson III, Judge
United States District Court

cc:     Petitioner, *pro se*
         Sixth Circuit Court of Appeals, No. 09-6057
4411.008